BENJAMIN B. WAGNER
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
APR 13 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING:<br><br>The SUBJECT MEDIA described in Attachment A | CASE NO. 2:14-SW-83 CKD<br><br>[PROPOSED] ORDER REGARDING MOTION TO UNSEAL SEARCH WARRANT MATERIALS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant, redacted application and affidavit, and return are unsealed. The original, unredacted application and affidavit shall remain under seal. The government may produce an unredacted copy of the sealed application and affidavit to defense counsel in *United States v. Ricky Lee Richardson*, No. 2:16-cr-69-TLN.

DATED: 4/12/16

_____
Hon. Allison Claire
United States Magistrate Judge

1